*Leonard L. Kalish* and *Melvin R. Jennery* for petitioner. *Hector M. Holmes* for respondent.

**No. 176.** GULF, MOBILE & OHIO RAILROAD CO. *v.* MAXIE. Supreme Court of Missouri. Certiorari denied. *Richard Wayne Ely* for petitioner. *Sol Andrews* and *William H. Allen* for respondent.

**No. 179.** UNITED STATES *v.* THE AUSTRALIA STAR ET AL. C. A. 2d Cir. Certiorari denied. *Solicitor General Perlman* for the United States. *Robert S. Erskine* for The Australia Star et al.; and *John C. Prizer* for Siemens Bros. & Co. et al., respondents.

**No. 180.** MAIN STREET BANK ET AL. *v.* NEE, COLLECTOR OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *John H. McEvers* and *Reece A. Gardner* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Joseph W. Bishop, Jr.* for respondent.

**No. 181.** UPTOWN CLUB OF MANHATTAN, INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Joseph R. Shaughnessy* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for the United States.

**No. 183.** HOLLOWAY GRAVEL CO., INC. *v.* McCOMB, WAGE & HOUR ADMINISTRATOR. C. A. 5th Cir. Certiorari denied. *Allan Sholars* and *Geo. Gunby* for petitioner. *Solicitor General Perlman, William S. Tyson* and *Bessie Margolin* for respondent.